CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6475
FAX: (415) 436-7234
wendy.garbers@usdoj.gov

Attorneys for United States of America

FILED

Nov 09 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LOMBARDINO,<br><br>Defendant. | CASE NO. 3:26-mj-71462 MAG<br><br>**NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on November 9, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☒ Criminal Complaint

☐ Other (describe) ________________________

pending in the Northern District of Indiana, Case Number 2:26-mj-303.

In that case (copy of criminal complaint attached), the defendant is charged with a violation(s) of Title 21 United States Code, Section 841(a)(1), Knowingly and Intentionally Possessing with Intent to

Distribute Schedule II Controlled Substance.

The maximum penalties are as follows:

- Imprisonment: 20 years
- Supervised release: 3 years minimum, up to maximum of life
- Fine: $1,000,000
- Speciation Assessment: $100 per felony count

Date: November 9, 2026

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

*Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

United States of America
v.

DANIEL LOMBARDINO

*Defendant(s)*

Case No. 2:26-MJ-303

**FILED UNDER SEAL**

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 6/25/26; 7/15/26; 9/11/2026; 10/8/26 in the county of Lake in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Knowingly and Intentionally Possess with Intent to Distribute Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Sarah Stevens
*Complainant's signature*

Special Agent Sarah Stevens, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date: 11/6/2026

s/Abizer Zanzi
*Judge's signature*

City and state: Hammond, IN

Hon. Abizer Zanzi, Magistrate Judge
*Printed name and title*

## Affidavit in Support of Federal Complaint

I, Sarah Stevens, being duly sworn, depose and state:

1. I am a Special Agent with the Drug Enforcement Administration Chicago Field Division and have been since approximately December 2025. Prior to joining DEA, I was a Scrum Master at Chicago Mercantile Exchange. I received a bachelor's degree in finance and international business and a master's degree in computer information systems and technology from Loyola University Chicago.

2. As a DEA Special Agent, I have participated in surveillance operations, execution of arrests, intelligence gathering, investigative report writing, and coordination with prosecutors to support the investigation and dismantling of drug trafficking organizations. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with methods used by persons committing related offenses such as drug traffickers, to smuggle and safeguard controlled substances, the unlawful importation, possession with intent to distribute, and distribution of controlled substances, as well as the related laundering of monetary instruments, the conducting of monetary transactions involving the proceeds of specified unlawful activities, and conspiracies

associated with criminal narcotics offenses routinely used to attempt to thwart any investigation of their narcotics organization.

3. I have participated in investigations involving the violations of narcotic laws that have led to the issuance of search warrants. These warrants involved the search of locations including residences of targets, their associates and relatives, "stash houses" (houses used as drug/money storage locations), bank safe deposit boxes, cellular/camera phones, and computers. Evidence, searched for and recovered, in these locations has included controlled substances, communications regarding distribution and receipt of controlled substances, records pertaining to the expenditures and profits realized therefrom, momentary instruments, and various assets that were purchased with the proceeds of drug trafficking.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about June 25, 2026, in the Northern District of Indiana, Daniel LOMBARDINO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II

controlled substance, and 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United Stated Code, Section 841(a)(1) (narcotics distribution).

6. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about July 15, 2026, in the Northern District of Indiana, Daniel LOMBARDINO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) (narcotics distribution).

7. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about September 11, 2026, in the Northern District of Indiana, Daniel LOMBARDINO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) (narcotics distribution).

8. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about October 8, 2026, in the Northern District of Indiana,

Daniel LOMBARDINO, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) (narcotics distribution).

## **Probable Cause**

9. Daniel LOMBARDINO is a methamphetamine and cocaine distributor operating on an online drug marketplace. Through a series of controlled purchases and other investigative techniques, investigators have been able to identify LOMBARDINO as the individual who sold the drugs.

## **Identifying LOMBARDINO**

10. In June of 2026, investigators began communicating with a vendor on an online drug marketplace. The vendor advertised cocaine and methamphetamine for sale in exchange for cryptocurrency, namely Bitcoin. Investigators conducted a series of controlled purchases of cocaine and methamphetamine to determine the vendor's identity.

11. While reviewing the vendor's posting history on the online drug marketplace, investigators noticed that the individual had previously gone by the moniker "CalJersey." Open-source information revealed that the "CalJersey" username was associated with a public GitHub profile linked to

Daniel LOMBARDINO. Additional open-source information revealed that LOMBARDINO was a software developer in the San Francisco area.

12. Cryptocurrency tracing on the Bitcoin payments made to the vendor showed that the funds were eventually consolidated and transferred to a PayPal account owned by LOMBARDINO with email address caljersey76@gmail.com.

13. In July of 2026, investigators conducted another controlled purchase, to confirm LOMBARDINO's identity. Investigators were able to capture LOMBARDINO dropping off the drugs in the mail at the United States Postal Office (USPS) near LOMBARDINO's residence.

**Controlled Purchase # 1**

14. On June 25, 2026, investigators placed an order for approximately 2 grams of cocaine and 7 grams of methamphetamine from LOMBARDINO. On July 7, 2026, law enforcement retrieved the suspected narcotics from an undercover mailbox located within the Northern District of Indiana.

15. The suspected methamphetamine and cocaine were submitted to the DEA Laboratory for analysis. DEA lab results showed that the suspected methamphetamine tested positive for methamphetamine. The methamphetamine weighed 7.58 grams with 97% purity, resulting in 7.35

grams of pure methamphetamine. The suspected cocaine tested positive for cocaine and weighed 1.869 grams.

**Controlled Purchase # 2**

16. On July 15, 2026, investigators placed an order for approximately 3.5 grams of cocaine and 14 grams of methamphetamine from LOMBARDINO. On July 22, 2026, law enforcement retrieved the suspected narcotics from an undercover mailbox located within the Northern District of Indiana. The methamphetamine and cocaine field tested positive for methamphetamine and cocaine. The suspected methamphetamine and cocaine were submitted to the DEA laboratory for analysis.

17. DEA lab results showed that the suspected cocaine tested positive for Cocaine HCL and weighed 3.3 grams.

**Controlled Purchase # 3**

18. On September 11, 2026, investigators placed an order for approximately 28 grams of methamphetamine from LOMBARDINO. On September 18, 2026, law enforcement retrieved the suspected narcotics from an undercover mailbox located within the Northern District of Indiana. The suspected methamphetamine field tested positive for methamphetamine. The suspected methamphetamine was submitted to the DEA Laboratory for further testing.

## Controlled Purchase # 4

19. On October 8, 2026, investigators placed an order for approximately 56 grams of methamphetamine from LOMBARDINO. On October 13, 2026, law enforcement retrieved the suspected narcotics from an undercover mailbox located within the Northern District of Indiana. The suspected methamphetamine field tested positive for methamphetamine.

20. The suspected methamphetamine was submitted to the DEA Laboratory for analysis. DEA lab results showed that the suspected methamphetamine tested positive for methamphetamine. The methamphetamine weighed 55 grams with 98% purity, resulting in 53.9 grams of pure methamphetamine.

21. On the basis of the information contained within this affidavit, I submit that the facts contained herein are sufficient to establish probable cause to believe that on or about June 25, 2026, in the Northern District of Indiana, Daniel LOMBARDINO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United Stated Code, Section 841(a)(1) (narcotics distribution).

22. There is also probable cause to believe that on or about July 15, 2026, in the Northern District of Indiana, Daniel LOMBARDINO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) (narcotics distribution)

23. There is also probable cause to believe that on or about September 11, 2026, in the Northern District of Indiana, Daniel LOMBARDINO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) (narcotics distribution).

24. And finally, there is also probable cause to believe that on or about October 8, 2026, in the Northern District of Indiana, Daniel LOMBARDINO, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) (narcotics distribution).

25. I therefore respectfully request that the attached warrant be issued for the arrest of Daniel LOMBARDINO.

26. This complaint and accompanying warrants are being considered electronically via telephone or other reliable electronic means, in accordance with Federal Rules of Criminal Procedures 41(d)(3) and 4.1. Furthermore, this affidavit has been electronically transmitted verbatim to the Judge.

Respectfully Submitted,

Sarah Stevens

Sarah Stevens, Special Agent
Drug Enforcement Administration

This affidavit and accompanying warrant have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this 6th day of November 2026.

s/Abizer Zanzi

HONORABLE ABIZER ZANZI
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

United States of America
v.
DANIEL LOMBARDINO

*Defendant*

Case No. 2:26-MJ-303

**FILED UNDER SEAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Daniel Lombardino, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

On or about 6/25/26; 7/15/26; 9/11/2026; 10/8/26, in the Northern District of Indiana, Daniel LOMBARDINO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United Stated Code, Section 841(a)(1) (narcotics distribution).

Date: 11/6/2026

s/Abizer Zanzi
*Issuing officer's signature*

City and state: Hammond, Indiana

Hon. Abizer Zanzi, Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*