UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Daniel Lombardino,

Defendants.

Case No. 26-mj-71462-MAG

Charging District:
Northern DIstrict of Indiana

Charging District's Case No.: 2:26-MJ-303

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: | Courtroom No.: Judge Abizer Zanzi |
| Northern District of Indiana | Date and Time: 11/24/26 at 1PM |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 11/10/2026

Lisa J. Cisneros
United States Magistrate Judge